UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | Claim No: 1998A12483/1998A13879 |
| vs. | § § | |
| Jacqueline F. Dunn | | |

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident Washtenaw County, Michigan within the jurisdiction of this Court and may be served with service of process at 1438 Chestnut Drive, Apt. 5, Ypsilanti, Michigan 48197.

### The Debt

#### First Cause of Action - Claim Number: 1998A12483

3. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $1,392.52 |
| B. Current Capitalized Interest Balance and Accrued Interest | $1,804.39 |
| C. Administrative Fee, Costs, Penalties | $0.00 |

| | |
|---|---:|
| D. Attorneys fees | $0.00 |
| **Total Owed - Claim Number 1998A12483** | **$3,196.91** |

Second Cause of Action - Claim Number: 1998A13879

4. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $606.67 |
| B. Current Capitalized Interest Balance and Accrued Interest | $828.51 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Attorneys fees | $0.00 |
| **Total Owed - Claim Number 1998A13879** | **$1,435.18** |

**TOTAL OWED (Claim Numbers 1998A12483 and 1998A13879)    $4,632.09**

The Certificate of Indebtedness, attached as Exhibit "A" and "B", show the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the respective Certificates of Indebtedness, are correct as of the date of the Certificates of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 10.000% per annum or $0.38 per day on Claim Number 1998A12483 and 9.130% per annum or $0.15 per day on Claim Number 1998A13879.

<b><u>Failure to Pay</u></b>

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 and 4 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

By: s/Charles J. Holzman (P35625)
Holzman Corkery, PLLC
Attorneys for Plaintiff
Tamara Pearson (P56265)
28366 Franklin Road
Southfield, Michigan 48034
(248) 352-4340
usa@holzmanlaw.com

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

JACQUELINE F. DUNN
AKA: JACQUELINE DUNN
2302 ELLSWORTH APT 304
YPSILANTI, MI 48197-4857

SSN:

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 7/13/98.

On or about 8/10/89 the borrower executed promissory note(s) to secure loan(s) of $2,625.00 from Bank Of Horton, Horton, KS at 10.00 percent interest per annum. This loan obligation was guaranteed by Great Lakes Higher Education Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $1,207.50 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 3/19/91, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $1,520.86 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 6/9/96, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $1,078.40 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---:|
| Principal: | $ 1,392.52 |
| Interest: | $ 26.62 |
| Administrative/Collection Costs: | $ 0.00 |
| Late fees | $ 0.00 |
| Total debt as of 7/13/98 | $ 1,419.14 |

Interest accrues on the principal shown here at the rate of $0.38 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 7/17/98        Name: _____
                            Title   Loan Analyst
                            Branch  Litigation Branch

# BANK OF HORTON
## STAFFORD LOAN APPLICATION AND PROMISSORY NOTE

MAR 9 1

**SECTION 1–TO BE COMPLETED BY THE BORROWER "IMPORTANT–READ THE INSTRUCTIONS CAREFULLY"**

1. Social Security Number: [illegible]
2. Last Name: Dunn — First Name: Jacqueline — Middle Initial: F
3. Birthdate: [illegible]
4. Permanent Home Address: 19974 Washburn — City, State, Zip Code: Detroit, Michigan, 48221
5. Area Code/Telephone No.: 313-342-8534
6. United States Citizenship Status (Check One): ☑ a. U.S. Citizen/National  ☐ b. Eligible non-citizen (Alien #)  ☐ c. Neither of the above
7. You are a permanent resident of what state? State: MI  Since: 01/66
8. State of Driver's license — Driver's Lic. #: N/A — State of Veh. Reg.: [illegible]
9. Loan Period: From 08/89 To 01/90
10. Loan Amount Requested: $2625
11. Major course of study: Word Processing
12. List post secondary institutions you have attended including dates: N/A
13. Have you ever defaulted on a Stafford Loan, PLUS/SLS or Consolidation Loan? ☐ Yes ☑ No
14. Have you received a Stafford Loan, PLUS/SLS or Consolidation Loan for a period of enrollment before July 1, 1988? ☐ Yes ☑ No
15. List below all Stafford Loan, PLUS/SLS and Consolidation Loans.

| Name of Lender | City and State of Lender | Loan Type | Loan Period Beginning Date Mo. / Year | Interest Rate % | Unpaid Balance $ |
|---|---|---|---|---|---|
| None | | | | | |
| | | | | | |

16. Wisconsin Residents Only. Marital Status: ☐ married ☐ unmarried or legally separated — N/A
    If married, spouse's name and address:

17a. Parent or Guardian: Name: Donna Dunn — Relationship: Sister — Address: 19974 Washburn — City/State/Zip: Detroit, Michigan, 48221 — Since: 8yrs — Place and City of Employment: Student

17b. Other Relative: Name: Billie Dunn — Relationship: Mother — Address: 16535 Linwood — City/State/Zip: Detroit, Mich. 48221 — Since: 15yrs — Place and City of Employment: None

17c. Other Relative or Friend: Linda Dunn Sis, 16838 Balis, Detroit, MI 48221 — None

**Promissory Note for a Stafford Loan**

1. Promise To Pay I, called Maker identified in Section 1, Item 2 and "Endorser," if any, identified in Section 1, Item 18c, promise to pay to the lender identified in Section 3, Item 35, when this note becomes due as set forth in paragraph 5 (on reverse side), the sum of **Two thousand six hundred twenty-five** DOLLARS

18a. Requested Loan Amount — Must be the same as Item 10: $2625.00

18b. Maker's Signature: Jacqueline Dunn — Date: 8/10/89
18c. Endorser's Signature: (Seal) Date:
Endorser's Name (Please Print):
Endorser's Soc. Sec. No.:  Endorser's Address:

**SECTION 2–TO BE COMPLETED BY THE SCHOOL**

19. Name of School: Michigan Computer Inst.
20. Address: 20755 Greenfield
    City, State, Zip Code: Southfield, MI 48075
21. Area Code/Telephone No.: (313) 443-5[?]
22. School Code: 023267
23. Enrollment Status: full-time
24. Dependency: 2nd
25. Loan Period: From 8/8/89 To 1/31/90
26. Grade: 1
27. Anticipated Grad.: 1/90
28. Est. Cost: $10,84[?]
29. Est. Fin. Aid: $3478
30. E.F. Contribution: $22
31. Approved Loan Amount: $2625
32. 1st Disbursement Date: 8/23/89
33. 2nd Disbursement Date:

34. Signature of School Official: Deborah Squirewell — Print Name and Title: Deborah Squirewell / F.A. — Date: 8/16/[?]

**SECTION 3–TO BE COMPLETED BY THE LENDER**

35. Name of Lender: Bank of Horton
36. Street Address: 108 E. 8th St. — City, State, Zip Code: Horton, KS 66439
37. Lender Code: 804345
38. Entity Number:
39. Area Code/Telephone No.: (913) 486-2851
40. 1st Disbursement Amount: $
41. 2nd Disbursement Amount: $
42. Total Amount Approved: $2625.00

43. Signature of Student Loan Official: Ann McGregor — Print Name and Title: — Date: 8-21-89

**LENDER COPY A**

UPON LENDER COMPLETION MAIL ONLY GREAT LAKES COPY TO: Great Lakes Processing, P.O. Box 7861, Madison, WI

I CERTIFY UNDER PENALTY OF
PERJURY THAT THIS IS A TRUE
AND EXACT COPY OF THE
ORIGINAL PROMISSORY NOTE

_Mary B. Young_  07/14/98
NAME                              DATE

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

JACQUELINE F. DUNN
AKA: JACQUELINE DUNN
2302 ELLSWORTH APT 304
YPSILANTI, MI 48197-4857

SSN:

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 7/13/98.

On or about 8/10/89 the borrower executed promissory note(s) to secure loan(s) of $1,178.00 from Bank Of Horton, Horton, KS at 9.13 percent interest per annum. This loan obligation was guaranteed by Great Lakes Higher Education Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $571.33 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 12/11/90, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $734.18 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 6/9/96, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $407.60 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | | |
|---|---|---|
| Principal: | $ | 606.67 |
| Interest: | $ | 121.66 |
| Administrative/Collection Costs: | $ | 0.00 |
| Late fees | $ | 0.00 |
| Total debt as of 7/13/98 | $ | 728.33 |

Interest accrues on the principal shown here at the rate of $0.15 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: _____    Name: _____
                                Title   Loan Analyst
                                Branch  Litigation Branch

# BANK OF HORTON
## SUPPLEMENTAL LOANS FOR STUDENTS APPLICATION AND PROMISSORY NOTE

### SECTION 1–TO BE COMPLETED BY THE BORROWER "IMPORTANT–READ THE INSTRUCTIONS CAREFULLY"

1. **Social Security Number:** [illegible]
2. **Last Name:** Dunn — **First Name:** Jacqueline — **Middle Initial:** F
3. **Birthdate:** [illegible]
4. **Permanent Home Address:** 19974 Washburn — **City, State, Zip Code:** Detroit, Michigan, 48221
5. **Area Code/Telephone No.:** 313-342-852[?]
6. **United States Citizenship Status:** ☒ a. U.S. Citizen/National
7. **You are a permanent resident of what state?** State: Mich. Since: 02/36/66
8. **State of Driver's License:** N/A — Driver's Lic. #: N/A — State of Veh. Reg.: N/A
9. **Loan Period:** From 08/89 To 01/90
10. **Loan Amount Requested:** $1178
11. **Major course of study:** Word Processing
12. **Deferment?** ☒ Yes ☐ No
13. **Have you ever defaulted on a Stafford Loan, PLUS/SLS or Consolidation Loan?** ☐ Yes ☒ No
14. **Have you received a Stafford Loan, PLUS/SLS or Consolidation Loan for a period of enrollment before July 1, 1988?** ☐ Yes ☒ No

15. List below all Stafford Loan, PLUS/SLS and Consolidation Loans.

| Name of Lender | City and State of Lender | Loan Type | Loan Period Beginning Date (Mo./Year) | Interest Rate | Unpaid Balance |
|---|---|---|---|---|---|
| None | | | | % | $ |
| | | | | % | $ |

16. **Wisconsin Residents Only** — N/A

**17a. Parent or Guardian:**
- Name: Donna Dunn — Relationship: Sister
- Address: 19974 Washburn
- City/State/Zip: Detroit, Michigan, 48221 — Since: 8 yrs
- Place and City of Employment: none

**17b. Other Relative:**
- Name: Billie Dunn — Relationship: Mother
- Address: 16[illegible] Linwood
- City/State/Zip: Det, MI 48221 — Since: 15 yrs
- Place and City of Employment: none

**17c. Other Relative or Friend:**
- Linda Dunn — Si[ster]
- 16838 Balis
- Detroit, MI 48221
- none

### Promissory Note for a SLS Loan

1. Promise To Pay I, called Maker identified in Section I, Item 2 and "Endorser," if any, identified in Section I, Item 18c, promise to pay to the lender identified in Section 3, Item 35, when this note becomes due as set forth in paragraph 6 (on reverse side), the sum of **One thousand one hundred Seventy eight** DOLLARS

18a. Requested Loan Amount: $1,178.00
18b. Maker's Signature (Borrower): Jacqueline Dunn (Seal) — Date: 8/10/8[?]
18c. Endorser's Signature: [blank]

### SECTION 2–TO BE COMPLETED BY THE SCHOOL

19. **Name of School:** Michigan Computer Inst
20. **Address:** 21755 Greenfield, Southfield, MI 48075
21. **Area Code/Telephone No.:** (313) 443-5600
22. **School Code:** 023267
23. **Enrollment Status:** Full time
24. **Dependency:** Ind.
25. **Loan Period:** From 8/8/89 To 1/30/90
26. **Grade:** 1
27. **Anticipated Grad.:** 1/90
28. **Est. Cost:** $1084
29. **Est. Fin. Aid:** $4925
30. **Approved Loan Amount:** $1178
31. **1st Disbursement Date:** 8/8/89, 8/23/89
32. **2nd Disbursement Date:** [blank]

33. **Signature of School Official:** Deborah Squirewell — Print Name and Title: Deborah Squirewell / FA Dir — Date: 8/16/8[?]

### SECTION 3–TO BE COMPLETED BY THE LENDER

34. **Name of Lender:** Bank of Horton
35. **Street Address:** 108 E. 8th St. — **City, State, Zip Code:** Horton, KS 66439
36. **Lender Code:** 804346
37. **Entity Number:** [blank]
38. **Area Code/Telephone No.:** (913) 486-2851
39. **1st Disbursement Amount:** $
40. **2nd Disbursement Amount:** $
41. **Total Amount Approved:** $1178.00

42. **Signature:** Ann McGregor / Loan Official — Date: 8-21-89

**LENDER COPY A**

UPON LENDER COMPLETION MAIL ONLY GREAT LAKES COPY: Great Lakes Processing

I CERTIFY UNDER PENALTY OF
PERJURY THAT THIS IS A TRUE
AND EXACT COPY OF THE
ORIGINAL PROMISSORY NOTE

*Mary B. Young*    07/14/78
NAME                  DATE